IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-1577-PSF-PAC

NEIL A. JOHNSON,

    Plaintiff,

v.

WESTWOOD COLLEGE OF AVIATION TECHNOLOGY,

    Defendant.

## ORDER TO DISMISS COMPLAINT WITH PREJUDICE

    This matter, having come before the Court on Plaintiff's Notice to Dismiss Complaint With Prejudice (Dkt. #12), and the Court being fully advised on the matter, it is hereby

    ORDERED that plaintiff's Complaint is DISMISSED WITH PREJUDICE, each party to pay his or its own costs, expenses and attorney's fees.

    DATED: November 15, 2005

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge